Bonakdar Law Firm
Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, KIM LAMAR ROBINSON

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>KIM LAMAR ROBINSON,<br><br>                 Defendant. | CASE NO. 1:17-CR-00068-001 LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Sentence Date: June 11, 2018<br>Time: 8:30 a.m.<br>Courtroom 4<br>Hon. Lawrence J. O'Neill |

      WHEREAS the Sentencing Hearing has been scheduled in this matter for June 11, 2018.

      WHEREAS Roger S. Bonakdar, counsel for Defendant Kim Lamar Robinson (herein "Mr. Robinson") requests additional time to meet with Mr. Robinson to review and discuss the Presentence Investigation Report, and to prepare informal objections as to the same. Further, probation has recently been provided important information and character reference letters pertaining to Mr. Robinson. Counsel for Defendant believes that this information is important to Probation in its preparation of a revised PSR.

WHEREAS the purpose of Mr. Bonakdar's request is to provide Probation with information concerning Mr. Robinson that bears directly on Probation's recommendation relative to sentencing.

WHEREAS as there is insufficient time for Probation to review and revise the PSR, given the new information, in time for the sentencing hearing, and for counsel for Robinson to prepare objection as presently set.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the June 11, 2018, sentencing hearing be continued to July 16, 2018.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original. In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated: May 31, 2018          PHILLIP A. TALBERT
                             United States Attorney

                         By: /s/Rice Duce
                             RICE DUCE
                             Assistant United States Attorney

Dated: May 31, 2018          UNITED STATES PROBATION

                             /s/ Ross Micheli
                             ROSS MICHELI
                             United States Probation Officer

Dated: May 31, 2018          BONAKDAR LAW FIRM

                         By: /s/ Roger S. Bonakdar
                             ROGER S. BONAKDAR
                             Attorney for Defendant
                             KIM LAMAR ROBINSON

[Order Continues on Next Page]

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the June 11, 2018, Sentencing hearing is hereby continued to July 16, 2018.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memorandi, shall be extended to reconcile with the continued Sentencing Hearing date.

**IT IS SO ORDERED.**

**Note to counsel: Based on what is currently before the Court, it is unlikely that the Defendant will be receiving less than the high Guideline Range of 46 months.**

IT IS SO ORDERED.

Dated: **June 4, 2018**         /s/ Lawrence J. O'Neill
                      UNITED STATES CHIEF DISTRICT JUDGE