HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00068-JLT-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| KIM LAMAR ROBINSON | |
| *Defendant,* | |

Defendant, Kim Lamar Robinson, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Robinson submits the attached Financial Affidavit as evidence of his inability to retain counsel. On September 26, 2022, a Petition for Violation of Supervised Release was filed, and a summons has issued for Mr. Robinson's initial appearance on October 3, 2022.

After reviewing his Financial Affidavit, it is respectfully recommended that counsel be promptly appointed to facilitate his appearance.

DATED: September 26, 2022            */s/ Eric V. Kersten*
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __September 27, 2022__          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE