PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00068-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | |
| KIM LAMAR ROBINSON. | JOINT STAUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

## BACKGROUND

This matter is currently set for status conference on October 19, 2022. Doc. 43. On October 6, 2022, the Court issued a minute order directing the parties to submit a joint status report "informing the court of the status of the case, including whether any change of plea is expected;" in the alternative, the parties may stipulate to a continuance. *Id*. As further discussed below, the parties in this matter stipulate to a continuance of the status conference.

## STATUS REPORT

The government recently learned that additional discovery material in this case may be available at Fresno Police Department (FPD), and has requested that FPD provide such information. The parties need additional time to review the discovery, discuss with defendant, and engage in potential plea negotiations.

1

The parties therefore agree that the status conference should be continued to December 5, 2022, to allow time to finalize plea negotiations and to continue review of discovery.

## **STIPULATION AND ORDER**

The parties propose that the Court continue the status conference to December 5, 2022, at 2:00 PM before the duty Magistrate Judge.

                                            Respectfully submitted,

                                            PHILLP A. TALBERT

                                            United States Attorney

DATED: October 14, 2022                By:/s/ Michael G. Tierney
                                                            Michael G. Tierney
                                                             Assistant United States Attorney

Dated:  October 14, 2022

                                            By: /s/ E. Marshall Hodgkins
                                            E. Marshall Hodgkins
                                            Attorney for Kim Lamar Robinson

**O R D E R**

The status conference currently set for October 19, 2022 is continued to December 5, 2022.

DATED: October 17, 2022

                                *Sheila K. Oberto*
                          Hon. Sheila K. Oberto
                          UNITED STATES MAGISTRATE JUDGE