PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KIM LAMAR ROBINSON.<br>        Defendant. | CASE NO.  1:17-CR-00068-JLT-SKO<br><br><br>JOINT STAUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |

## BACKGROUND

This matter is currently set for status conference on January 9, 2023.  Doc. 48.  On January 4, 2023, the Court issued a minute order directing the parties to submit a joint status report "informing the court of the status of the case, including whether any change of plea is expected;" in the alternative, the parties may stipulate to a continuance.  *Id*.  As further discussed below, the parties in this matter stipulate to a continuance of the status conference.

## STATUS REPORT

The basis for the alleged violation in this matter is the defendant's violation of state law, specifically, felony corporal injury to a child.  Petition for Summons For Person Under Supervision (Doc. 36) at 2-3.  A criminal case alleging that state-law violation is currently ongoing in Fresno County Superior Court, but is in its preliminary stages.  The parties have discussed potential resolution of the state charges and this violation but require additional time

1   for the state charges to proceed and for counsel for both the federal and state government and for

2   defense counsel in both the federal and state proceedings to confer.

3       The parties therefore agree that the status conference should be continued to March 8,

4   2023 to allow time for further investigation and plea negotiations.

5                              **STIPULATION AND [PROPOSED] ORDER**

6

7       The parties propose that the Court continue the status conference to March 8, 2023.

8

9

10                         Respectfully submitted,

                       PHILLP A. TALBERT

11                         United States Attorney

12

13  DATED: January 5, 2023          By:/s/ Michael G. Tierney

14                         Michael G. Tierney
                       Assistant United States Attorney

15

16

17  Dated:  January 5, 2023

18                      By: /s/ E. Marshall Hodgkins

19                      E. Marshall Hodgkins
                    Attorney for Kim Lamar Robinson

20

21

22

23

24

25

26

27

28

29

**O R D E R**

The status conference currently set for January 9, 2023, is continued to March 8, 2023, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **January 6, 2023**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE