PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00068-JLT-SKO |
| Plaintiff, | |
| v. | |
| KIM LAMAR ROBINSON. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

## BACKGROUND

This matter is currently set for status conference on April 26, 2023. Doc. 55. On April 11, 2023, the Court issued a minute order directing the parties to submit a joint status report; in the alternative, the parties may stipulate to a continuance. *Id.* As further discussed below, the parties in this matter stipulate to a continuance of the status conference.

## STIPULATION

The basis for the alleged violation in this matter is the defendant's violation of state law, specifically, felony corporal injury to a child. Petition for Summons For Person Under Supervision (Doc. 36) at 2-3. A criminal case alleging that state-law violation is currently ongoing in Fresno County Superior Court and is scheduled for its next hearing on May 18. The parties anticipate resolution of the federal and state matters pending the outcome of the May 18 hearing in Fresno County Superior Court.

The parties therefore agree that the status conference should be continued to May 25, 2023.

Respectfully submitted,

PHILLP A. TALBERT

United States Attorney

DATED: April 24, 2023

By:/s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

Dated:  April 24, 2023

By: /s/ E. Marshall Hodgkins
E. Marshall Hodgkins
Attorney for Kim Lamar Robinson

# O R D E R

IT IS SO ORDERED that the status conference is continued from April 26, 2023, to **May 25, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **April 24, 2023**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

3