**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@gmal.com**
**TELEPHONE:  559-248-0900**
**FACSIMILE:    559-248-0901**

Attorney for Defendant, KIM LAMAR ROBINSON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.: 1:17-CR-00068-JLT-SKO |
| Plaintiff, ) | |
| ) | **MOTION TO TERMINATE CJA** |
| vs. ) | **APPOINTMENT OF E. MARSHALL** |
| ) | **HODGKINS AS ATTORNEY OF** |
| KIM LAMAR ROBINSON, ) | **RECORD AND ORDER** |
| Defendant ) | |

On October 3, 2022, defendant Kim Lamar Robinson was charged with a violation of the terms of his supervised release. Panel Attorney E. Marshall Hodgkins was appointed as trial counsel to represent Mr. Robinson on this violation of supervised release.  Mr. Robinson admitted to a plea agreement on May 25,2023. Mr. Robinson was sentenced to time served pursuant to this plea bargain on July 17,2023. No direct appeal was filed. Mr. Robinson was not in custody at sentencing. The trial phase of Mr. Robinson's violation of supervised release has, therefore come to an end. Having completed his representation of Mr. Robinson, CJA attorney E. Marshall Hodgkins now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Robinson require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the reappointment of counsel to assist him.

Dated: August 4, 2023                                        Respectfully submitted,

/s/ E. Marshall Hodgkins
**E. MARSHALL HODGKINS,**
**ATTORNEY FOR DEFENDANT,**
**KIM LAMAR ROBINSON**

## [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney E. Marshall Hodgkins has completed services for which he was appointed, the Court hereby grants attorney E. Marshall Hodgkins' request for leave to withdraw as defense counsel in this matter. Should the Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Robinson at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Kim Lamar Robinson
7021 N. San Pablo
Fresno, CA 93650

IT IS SO ORDERED.

Dated:   **August 7, 2023**                                        _Jennifer L. Thurston_
                                                                  UNITED STATES DISTRICT JUDGE

2